```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                          CASE NO. 07-20596-CIV-UNGARO
                                  (03-20473-CR-UNGARO)
                          MAGISTRATE JUDGE P. A. WHITE

JEAN BOLES DUMAY,             :

     Movant,                  :
                                       REPORT OF
v.                            :        MAGISTRATE JUDGE

UNITED STATES OF AMERICA,     :

     Respondent.              :
_____
```

Jean Boles Dumay, a federal prisoner currently confined at the Federal Detention Center in Miami, has filed a pro se petition for writ of habeas corpus challenging the judgment entered pursuant to a guilty plea in Case No. 03-20473-Cr-Ungaro.

This Cause has been referred to the undersigned for consideration and report pursuant to 28 U.S.C. §636(b)(1)(B) and Rules 8 and 10 of the Rules Governing Section 2255 Proceedings for the United States District Courts.

For its consideration of the motion and memorandum in support thereof, the Court has the government's response to an order to show cause, the government's supplemental response, and the underlying criminal file.

Dumay raises three claims in his motion to vacate, including a claim of ineffective assistance of counsel for failing to file a notice of appeal after being requested to do so. On April 7, 2007, one month after he filed the motion to vacate, Dumay wrote

a letter to trial counsel stating that the motion to vacate was erroneously filed. He also wrote a letter to the court, advising that the motion to vacate was filed in error, and seeking the appoint of counsel to represent him in Rule 35 proceedings. (Cr. DE# 241).

In the supplemental response to the motion to vacate, the government asserts that "any cooperation to obtain a Rule 35 is impossible at this time, but the opportunity to cooperate with the Government remains open to the Movant if he decides to voluntarily withdraw his motion to vacate." However, the government cannot guarantee the filing of a Rule 35 motion at this juncture.

Having reviewed the record in this matter, including the motion to vacate, the government's responses, and the exhibits in support of the responses, it is apparent that counsel discussed the option of filing an appeal or pursuing a cooperation agreement with the movant and, after speaking with counsel, the movant chose to cooperate. Counsel advised the Court at sentencing that Dumay was attempting to cooperate with the government in order to receive the benefit of his cooperation.

The movant's claims appear to be without merit, as the transcripts of both the change of plea hearing and the sentencing hearing, demonstrate that court interpreters were present and detention logs show that counsel visited the movant on several occasions accompanied by an interpreter. Also, correspondence between counsel and the movant contradict his claim regarding his right to appeal.

Based upon the record before the Court, including the letters stating that the motion to vacate was filed in error and expressing the movant's desire to cooperate, and considering the government's position concerning the possibility of cooperation, it seems proper to determine whether movant wishes to continue pursuing a reduction in his sentence based upon a Rule 35 motion or whether he wishes to go forward on the motion to vacate and pursue an appeal.  It is therefore

ORDERED that the movant file a notice with the court on or before January 14, 2008, advising whether he intends to proceed upon the motion to vacate or to voluntarily dismiss it.

DONE AND ORDERED in chambers at Miami, Florida, this 4th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Jean Boles Dumay, Pro Se
     Reg. No. 65503-004
     FDC - Miami
     P.O. Box 019120
     Miami, FL 33101

     Counsel of record