UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20596-CIV-UNGARO
03-20473-CR-UNGARO

JEAN BOLES DUMAY
    Movant,

v.

UNITED STATES OF AMERICA
    Respondent
_____/

### ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court, upon Movant *pro se* petition for writ of habeas corpus challenging the judgment entered pursuant to a guilty plea in Case No. 03-20473-Cr-Ungaro. The matter was referred to the Magistrate Judge Patrick A. White who issued a Report recommending that Movant file a notice with the Court on or before January 14, 2008, advising whether he intends to proceed upon the motion to vacate or to voluntarily dismiss. (D.E. 8.) The matter is ripe for adjudication and no objections to the Magistrate Judge's Report have been filed. Having conducted a *de novo* review of the record, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 8) is RATIFIED, ADOPTED, AND AFFIRMED.

DONE AND ORDERED in Chambers at Miami, Florida this 1st day of July, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
James Boles Dumay, *pro se*